# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CASE NO. 3:11-cv-1243-RDB-MCR

MICHELLE RATLIFF,

    Plaintiff,

v.

H & P CAPITAL, INC., CONTINENTAL
FINANCE COMPANY, LLC (FIRST BANK
OF DELAWARE), and MLA HOLDINGS, INC

    Defendants.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT CONTINENTAL FINANCE COMPANY, LLC ONLY

COME now counsels for Plaintiff, MICHELLE RATLIFF and Defendant, CONTINENTAL FINANCE COMPANY, LLC, and represent to the Court that this matter, regarding Plaintiff's claims against Defendant Continental Finance Company, LLC (First Bank of Delaware) ONLY, have been settled amicably, and would request an entry of Final Order of Dismissal with Prejudice in this matter against Defendant Continental Finance Company, LLC (First Bank of Delaware) ONLY, with both parties to bear their own costs and attorneys' fees. This case will proceed against the remaining Defendants.

Dated this 18th day of June, 2012.

| | |
|---|---|
| /s/ Alex D. Weisberg | /s/ Dale Golden |
| Alex Weisberg, Esq. | Mr. Dale Golden |
| FBN: 0566551 | FBN: 0094080 |
| Weisberg & Meyers, LLC | Golden & Scaz, PLLC |
| 5722 S. Flamingo Road, Ste. 656 | 201 North Armenia Ave. |
| Cooper City, FL 33330 | Tampa FL 33609 |
| Attorney for Plaintiff | Attorneys for Defendant Continental Finance Company, LLC (First Bank of Delaware) |

## **CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing Notice was served via electronic mail on the following: Mr. Dale Golden, at dale.golden@goldenscaz.com; Steve Dunn, at sdunnfirm@aol.com; and William S. Frazier, at bill_frazier@bellsouth.net, on June 18, 2012.

By: s/ Alex Weisberg

ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
   aweisberg@attorneysforconsumers.com