AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| MICHELLE RATLIFF | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:11-CV-1243-J-37MCR |
| H & P CAPITAL, INC., CONTINENTAL FINANCE COMPANY, LLC, and MLA HOLDINGS, INC. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MLA Holdings, Inc.
C/O Mike Muzio
345 Bayshore Blvd., Ste. 1410
Tampa FL 33606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alex D. Weisberg
Weisberg & Meyers, LLC
5722 S. Flamingo Road, #656
Cooper City, FL 33330

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/21/2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:11-CV-1243-J-37MCR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __MLA HoldiNGS, INC.__
was received by me on *(date)* __7/12/12__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Andrew Simpson, Manager__, who is designated by law to accept service of process on behalf of *(name of organization)* __MLA Holdings, INC.__
on *(date)* __7/16/12__; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7/16/12__

_____
Server's signature

__Nick Mallas / Process Server__
Printed name and title

Server's address

Additional information regarding attempted service, etc:

__Service Address 6085 Lake Forrest Dr., Suite 301, Atlanta, GA 30328__