UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHELLE RATLIFF,

    Plaintiff,

vs.                                       Case No.  3:11-cv-1243-J-37MCR

H & P CAPITAL, INC. and MLA HOLDINGS, INC.,

    Defendants.
_____/

| JUDGE: | Monte C. Richardson<br>U.S. Magistrate Judge | DATE: | February 21, 2013<br>10:43 a.m. - 10:55 a.m. |
|---|---|---|---|
| DEPUTY CLERK: | Melissa Hanson | COURT REPORTER: | Digital Recording |
| COUNSEL FOR PLTF.(S): | Marteal Lamb | COUNSEL FOR DEFT.(S): | William Frazier |

## CLERK'S MINUTES

**PROCEEDINGS: Hearing on Plaintiff's Motion to Compel Settlement (Doc. 52)**

Argument by counsel.

Report and Recommendation to enter.